USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-13-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMANUEL DELACRUZ, on behalf of himself and all others similarly situated,

    Plaintiff,

- against -

ST. JOHN'S UNIVERSITY,

    Defendant.

---

Case No. 17 Civ. 9093 (ALC)

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that Plaintiff EMANUEL DELACRUZ hereby voluntarily dismisses, with prejudice, his complaint against Defendant ST. JOHN'S UNIVERSITY pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with the parties to bear responsibility for their respective fees and costs.

For the Defendant:

By: _____
John M. Magliery, Esq.
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Tel: (212) 603-6444
johnmagliery@dwt.com

Date: March 12, 2018

For the Plaintiff:

By: _____
Jeffrey M. Gottlieb, Esq.
Gottlieb & Associates
150 East 18th Street, Suite PHR
New York, New York 10003
Tel: (212) 228-9795
nyjg@aol.com

Date: March 12, 2018

SO ORDERED

_____
U.S.D.J. 3-13-18

4847-0071-4846v.1 0103493-000011